No. 76–5229.  ALLEN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–5898.  TOBIN *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6264.  COOK *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 76–6327.  O'NEAL *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 76–6338.  HERDRICKS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 76–6357.  PROVENCE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 76–6364.  VERES *v.* COUNTY OF MONROE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 76–6376.  SANFORD *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 76–6389.  PEACH *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 76–6394.  CAMERIERO *v.* UNITED STATES; and
No. 76–6411.  GALANTE *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–6396.  HOLMBERG *v.* PARRATT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 76–6400.  LAWRENCE *v.* KOZLOWSKI, COMMISSIONER OF MOTOR VEHICLES.  Sup. Ct. Conn.  Certiorari denied.

No. 76–6424.  COX *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.